MANUAL FILING NOTIFICATION

Regarding: Case Transferred in_(insert docket text or filing information here)
Docket Number [1]  __Orginial documents from other District_____

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk s office.  If you are a participant in this case, this filing will be served in hard-copy shortly.  For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not efiled for the following reason(s):

[X] Voluminous Document (PDF file size larger than the efiling system allows)

[_] Unable to Scan Documents

[_] Physical Object (description): _____
    _____

[_] Non-Graphic/Text Computer File (audio, video, etc.) on CD or other media

[_] Item Under Seal

[_] Conformance with the Judicial Conference Privacy Policy (General Order 53).

[_] Other (description): _____
    _____