UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

KATHLEEN MORRISON et al,

        Plaintiff,

v.

BIMBO BAKERIES et al,

        Defendant.

Case Number: CV07-03156 JCS

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 3, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Joseph John Gigliotti
Gigliotti & Gigliotti, L.L.P.
434 East Chapman Avenue
Fullerton, CA 92832

Dated: July 3, 2007

Richard W. Wieking, Clerk
By: Karen Hom, Deputy Clerk