1  Bingham McCutchen LLP
   WENDY M. LAZERSON (SBN 97285)
2  KRISTEN M. PEZONE (SBN 224057)
   1900 University Avenue
3  East Palo Alto, CA 94303-2223
   Telephone: (650) 849-4400
4  Facsimile: (650) 849-4800
   Email: wendy.lazerson@bingham.com
5  Email: kristen.pezone@bingham.com

6  Attorneys for Defendant
   BIMBO BAKERIES USA, INC.
7

8               UNITED STATES DISTRICT COURT

9               NORTHERN DISTRICT OF CALIFORNIA

10

11 KATHLEEN MORRISON, ET AL.,              Case No.: 07-CV-03156 JCS

12         Plaintiffs,                      DECLINATION TO PROCEED
   vs.                                      BEFORE A MAGISTRATE JUDGE
13                                          AND
   BIMBO BAKERIES, U.S.A., INC.,            REQUEST FOR REASSIGNMENT
14                                          TO A UNITED STATES DISTRICT
           Defendants.                      JUDGE
15

16         REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT COURT:

17         The undersigned party in the above-captioned civil matter hereby declines to consent to

18 the assignment of this case to a United States Magistrate Judge for trial and disposition and

19 hereby requests the reassignment of this case of a United States District Judge.

20

21 DATED: July 10, 2007                     Bingham McCutchen LLP

22

23                                          By: _____
24                                              Wendy M. Lazerson
                                                Kristen Pezone
25                                              Attorneys for Defendant
                                                BIMBO BAKERIES USA, INC.
26

27

28
   A/72081339.1

DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT
TO A UNITED STATES DISTRICT JUDGE