IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KATHLEEN MORRISON,                                      No. C 07-03156SI

        Plaintiff,                                                         **NOTICE**

  v.

BIMBO BAKERIES,

        Defendant.
                                                /

To All Parties:

YOU ARE HEREBY NOTIFIED THAT the initial case management conference has been scheduled to occur on Friday, September 21, 2007, at 2:00 p.m.  Please comply with the attached order when preparing for the conference.

Dated: July 18, 2007                                              RICHARD W. WIEKING, Clerk

 

                                                            Tracy Sutton
                                                            Deputy Clerk

**United States District Court**
For the Northern District of California