1    Bingham McCutchen LLP
     WENDY M. LAZERSON (SBN 97285)
2    KRISTEN M. PEZONE (SBN 224057)
     1900 University Avenue
3    East Palo Alto, CA  94303-2223
     Telephone:      (650) 849-4400
4    Facsimile:      (650) 849-4800
     Email:  wendy.lazerson@bingham.com
5    Email:  kristen.pezone@bingham.com

6    Attorneys for Defendant
     BIMBO BAKERIES USA, INC.

7

8    Gigliotti & Gigliotti
     JOSEPH J. GIGLIOTTI (SBN 144979)
9    434 East Chapman Avenue
     Fullerton, CA 92832
10   Telephone:      (714) 879-1712
     Facsimile:      (714) 879-3439
11   Email:  gigliottilaw@msn.com

12   Attorneys for Plaintiffs
     KATHLEEN MORRISON et al.
13

                    UNITED STATED DISTRICT COURT
14
             FOR THE NORTHERN DISTRICT OF CALIFORNIA
15
                       SAN FRANCISCO DIVISION
16

17   KATHLEEN MORRISON, GARY CASTRO,          No.  07-CV-03156-SI
     and TOM TERUSO, on their own behalf and on
18   behalf of all employees similarly situated,      JOINT STIPULATION AND
                                                      [PROPOSED] ORDER TO CONTINUE
19                    Plaintiff,                      CASE MANAGEMENT CONFERENCE
              v.
20
     BIMBO BAKERIES USA, INC. and DOES 1
21   through 100, Inclusive.,

22                    Defendant.

23
                    Plaintiffs and Defendants, through their respective counsel of record, hereby
24
     stipulate and agree as follows:
25
                    WHEREAS there is an earlier-filed putative class action lawsuit entitled
26
     *Leonard et al. v. Bimbo Bakeries USA, Inc. et al.* filed in this District (Case No. C05 00829
27
     JW), which Defendants contend encompasses the same legal and factual contentions as those
28
     A/72187223.2                              1

1   asserted by Plaintiffs herein;

2          WHEREAS on June 4, 2007, Defendants filed a motion for consolidation of

3   the instant action and the *Leonard v. Bimbo Bakeries USA, Inc*. case (the "Motion to

4   Consolidate Cases");

5          WHEREAS on August 3, 2007, Judge James Ware vacated the hearing and

6   took the Motion to Consolidate Cases under submission;

7          WHEREAS Judge Ware has not yet issued a ruling on the Motion to

8   Consolidate Cases;

9          WHEREAS the current date for the Case Management Conference in this

10  litigation is scheduled for September 21, 2007;

11         WHEREAS the ruling on the Motion to Consolidate Cases may have a

12  significant impact on the scheduling and management of this litigation;

13         WHEREAS on September 4, 2007, the parties, by and though their respective

14  counsel, completed the conference required pursuant to FRCP 26(f);

15         WHEREAS, the parties have agreed to serve initial disclosures pursuant to

16  FRCP 26(a) by September 14, 2007 and have agreed to file a joint case management

17  conference statement pursuant to FRCP 26(f) by September 14, 2007;

18  / /

19  / /

20  / /

21  / /

22  / /

23  / /

24  / /

25  / /

26  / /

27  / /

28  / /

JOINT STIPULATION AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE

1         The Parties hereby jointly request that the Case Management Conference

2    currently scheduled for September 21, 2007 be continued until after Judge Ware has issued

3    the ruling on the Motion to Consolidate Cases.

4

5    DATED:  September 5, 2007        **GIGLIOTTI & GIGLIOTTI**

6

7                                          By:_____/s/_____

8                                                Joseph Gigliotti
                                      Attorneys for Plaintiffs
                     KATHLEEN MORRISON, GARY CASTRO
                            and TOM TERUSO

9

10   DATED:  September 5, 2007        BINGHAM McCUTCHEN LLP

11

12                                         By:_____

13                                         Wendy M. Lazerson
                                Attorneys for Defendant
                        BIMBO BAKERIES USA, INC

14                                      **ORDER**

15

16        PURSUANT TO STIPULATION, IT IS SO ORDERED THAT the case

17   management conference currently set for 1:30 p.m. on September 21 2007 is continued until
  11/9/07 at 2 p.m.

18   _____ at _____.

19                     By:    _____

20                            HON. SUSAN ILLSTON
                         United States District Court Judge

21

22

23

24

25

26

27

28

A/72187223.2

JOINT STIPULATION AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE