1  Bingham McCutchen LLP
   WENDY M. LAZERSON (SBN 97285)
2  CAROLYN B. HALL (SBN 212311)
   1900 University Avenue
3  East Palo Alto, CA  94303-2223
   Telephone:  650.849.4400
4  Facsimile:  650.849.4800
   Email:  wendy.lazerson@bingham.com
5
   Attorneys for Defendants
6  BIMBO BAKERIES USA, INC. and
   GEORGE WESTON BAKERIES, INC.
7
8  Spiro Moss Barness LLP
   IRA SPIRO (SBN 67641)
   DENNIS F. MOSS (SBN 77512)
9  TEL.: 310.235.2468
   FAX: 310.235.2456
10 11377 W. Olympic Blvd., Fifth Floor
   Los Angeles, CA 90064
11 Telephone: 310.235.2468
   Facsimile:  310.235.2456
12
   Attorneys for Plaintiffs
13 THOMAS LEONARD, et al.

14 Gigliotti & Gigliotti, LLP
   JOSEPH J. GIGLIOTTI (SBN 144979)
15 434 East Chapman Avenue
   Fullerton, CA 94832
16 Telephone: 714.879.1712
   Facsimile: 714.879.3439
17
   Attorneys for Plaintiffs
18 KATHLEEN MORRISON, et al.

19

Langford & Langford, a PLC
MICHAEL S. LANGFORD (SBN 125756)
1502 North Broadway
Santa Ana, CA 92706
Telephone:  714.953.9700
Facsimile:  714.953.9797

Attorneys for Plaintiffs
KATHLEEN MORRISON, et al.

Walsh & Walsh, PC
MICHAEL J. WALSH (SBN 155401)
420 Exchange, Suite 270
Irvine, CA 92602
Telephone:  714.544.6609
Facsimile:  714.544.6621

Attorneys for Plaintiffs
KATHLEEN MORRISON, et al.

Ginez, Steinmetz & Associates
RUDY GINEZ, JR. (SBN 84978)
926 North Flower Street
Santa Ana, CA 92703
Telephone:  714.541.2251
Facsimile:  714.541.5807

Attorneys for Plaintiffs
KATHLEEN MORRISON, et al.

20              UNITED STATES DISTRICT COURT

21             NORTHERN DISTRICT OF CALIFORNIA

22                   SAN JOSE DIVISION

23

24 THOMAS LEONARD, et al.,                No. C 05-00829 JW (HRL)

25          Plaintiffs,                   STIPULATION AND [PROPOSED]
                                          ORDER TO CONTINUE CASE
26      v.                                MANAGEMENT CONFERENCE
                                          SCHEDULED FOR OCTOBER 29, 2007
27 BIMBO BAKERIES USA, INC., et al.,
                                          Judge:      Hon. James Ware
28          Defendants.

A/72257442.2/3003187-0000313787

| | |
|---|---|
| 1  KATHLEEN MORRISON, et al., | No. C 07-03156 SI (reassigned to Judge James Ware) |
| 2              Plaintiffs, | |
| 3       v. | STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE SCHEDULED FOR OCTOBER 29, 2007 |
| 4  BIMBO BAKERIES USA, INC., et al., | |
| 5              Defendants. | Judge:        Hon. James Ware |

6

7    Pursuant to Northern District Civil Local Rules 6-2 and 7-12, Plaintiffs Thomas

8   Leonard *et al.*, Plaintiffs Kathleen Morrison *et al.*, Defendant Bimbo Bakeries USA, Inc.

9   ("BBU"), and Defendants George Weston Bakeries, Inc. (together, the "Parties"), respectfully

10  request that the Court permit the Parties to continue the hearing date for the Case Management

11  Conference, currently calendared for October 29, 2007, by three weeks, to November 19, 2007,

12  and to continue the due date for the Parties' Joint Case Management Conference Statement

13  accordingly.

14    The Parties request that the Court grant the foregoing continuance because the

15  Parties did not receive the Order scheduling the October 29, 2007 Case Management Conference

16  for both actions, and granting in part BBU's Motion for Summary Judgment in the *Leonard*

17  action, denying the *Leonard* Plaintiffs' Motion for Partial Summary Judgment in the *Leonard*

18  action, ordering that the *Leonard* action and the *Morrison* action be related and that the *Morrison*

19  action be reassigned to the Department of the Honorable James Ware until October 10, 2007, 12

20  days after the Court had signed the Order.  *See* Declaration of Wendy M. Lazerson in Support of

21  Stipulation and [Proposed] Order to Continue Case Management Conference, ¶ 2.  In view of the

22  foregoing, the parties have not had an adequate opportunity to meet and confer and file a joint

23  statement for the conference now scheduled for October 29, 2007 and will not have an adequate

24  opportunity to do so by October 19, 2007, the date the joint statement is currently due.  Given the

25  especially large number of issues decided by the Court and the complication of having two

26  related actions, the Parties jointly request additional time to consider the import of the Court's

27  Order and meet and confer about the future course of this action.  Permitting this brief

28       //

A/72257442.2/3003187-0000313787

2

1    continuance will enable the Parties to engage in a more meaningful meet and confer process and

2    better advise the Court of the status of the action and proposed upcoming events.

3         Pursuant to Local Rule 6-12, all other previous time modifications and the effect

4    that the requested continuance would have on these actions are set forth in the accompanying

5    Declaration of Wendy M. Lazerson.

6                                  **<u>STIPULATION</u>**

7         **IT IS THEREFORE STIPULATED** by Plaintiffs and Defendants, being all

8    parties of record to these two related actions, that, based on the above-stated facts and subject to

9    the Court's approval, the Court order as follows:

10        1.  The hearing date for the Case Management Conference shall be continued by

11   three weeks, to November 19, 2007 at 10:00 a.m., or to a later date more convenient to the Court.

12        //

13        //

14        //

15        //

16        //

17        //

18        //

19        //

20        //

21        //

22        //

23        //

24        //

25        //

26        //

27        //

28        //

1        2.  The Parties shall file a joint Case Management Statement no later than

2    November 9, 2007.

3

4    DATED:  October 18, 2007

5

6                                    Bingham McCutchen LLP

7

8                                    By:_____/s/_____

9                                          Wendy M. Lazerson
                                          Attorneys for Defendants
10                                   BIMBO BAKERIES USA, INC. and GEORGE
                                          WESTON BAKERIES, INC.

11   DATED:  October 18, 2007

12

13                                   Spiro Moss Barness LLP

14

15                                   By:_____/s/_____

16                                          Ira Spiro
                                          Attorneys for Plaintiffs
17                                   THOMAS LEONARD, et al.

18   DATED:  October 18, 2007

19                                   Gigliotti & Gigliotti, LLP

20

21

22                                   By:_____/s/_____

23                                          Joseph J. Gigliotti
                                          Attorneys for Plaintiffs
                                          KATHLEEN MORRISON, et al.

24

25

26

27

28

A/72257442.2/3003187-0000313787                    4

1

**[PROPOSED] ORDER**

2

PURSUANT TO STIPULATION, IT IS SO ORDERED.

3

4

DATED: _____    _____

5

THE HONORABLE JAMES WARE
UNITED STATES DISTRICT JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE
SCHEDULED FOR OCTOBER 29, 2007 C 05-00829 JW (HRL)