**United States District Court**
**Northern District of California**

# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Morrison, | 07-03156 JW |
| Plaintiff(s), | **NOTICE RE: NONCOMPLIANCE WITH COURT ORDER** |
| v. | |
| Bimbo Bakeries USA, Inc., | |
| Defendant(s). | |

The parties have failed to file an ADR Certification and either a Stipulation and [Proposed] Order Selecting an ADR Process or a Notice of Need for ADR Phone Conference as required by the Initial Case Management Scheduling Order. Counsel shall Meet and Confer forthwith in an attempt to agree on an ADR process for this matter. Thereafter, counsel, on behalf of themselves and each party, promptly shall file an **ADR Certification** and either 1) a **Stipulation and [Proposed] Order Selecting ADR Process**, or 2) a **Notice of Need for ADR Phone Conference** (Civil L.R. 16-8(b), ADR L. R. 3-5(b) Civil L.R. 16-8(c), ADR L. R. 3-5(c), (d)). (These forms are available at www.adr.cand.uscourts.gov.)

Further, in accordance with ADR L.R. 3-5(e) counsel shall concurrently provide a copy of all documents filed pursuant to this notice directly to the ADR Unit either by fax (415-522-4112), hand delivery (ADR Program, USDC, Northern District of California,

**Notice Re: Noncompliance With Court Order**
07-03156 JW                                                -1-

1  450 Golden Gate Avenue, 16th Floor, San Francisco, California), or by PDF attachment
2  to an e-mail directed to adr@cand.uscourts.gov.

4      It is the responsibility of counsel to schedule an ADR Phone Conference, if
5  required, to occur <u>before</u> the Case Management Conference.

8  Dated: October 31, 2007

          RICHARD W. WIEKING
          Clerk
          by:    Timothy J. Smagacz

*Timothy Smagacz*

          ADR Administrative Assistant
          415-522-4205
          Tim_Smagacz@cand.uscourts.gov

**United States District Court**
**Northern District of California**

**Notice Re: Noncompliance With Court Order**
07-03156 JW          -2-

PROOF OF SERVICE

Case Name:	Morrison v. Bimbo Bakeries USA, Inc.

Case Number:	07-03156 JW

I declare that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California. I am over the age of eighteen (18) years and not a party to the action. My business address is:

> ADR Program
> United States District Court
> Norther District of California
> 450 Golden Gate Avenue Floor 16
> San Francisco, CA 94102

On October 31, 2007, I served a true and correct copy of:

**Notice Re: Noncompliance With Court Order**

[X] electronically, I caused said documents to be transmitted using ECF as specified by General Order No. 45 to the following parties:

> Michael James Walsh
> Walsh & Associates
> 420 Exchange
> Suite 270
> Irvine, CA 92602
> michaeljwalshesq@aol.com
>
> Michael Scott Langford
> Langford & Langford, PLC
> 24681 La Plaza, Suite 220
> Dana Point, CA 92629
> mklangford@aol.com
>
> Josepj John Gigliotti
> Gigliotti & Gigliotti
> 434 East Chapman Ave.
> Fullerton, CA 92832
> gigliottilaw@msn.com
>
> Rudolfo Ginez
> Ginez Steinmetz & Associates

926 North Flower Street
Santa Ana, CA 92703-2308

Robert Ira Spiro
Spiro Moss Barness LLP
11377 W. Olympic Blvd
Fifth Floor
Los Angeles, CA 90064
ira@spiromoss.com

Wendy M. Lazerson
Bingham McCutchen LLP
1900 University Avenue
East Palo Alto, CA 94303
wendy.lazerson@bingham.com

Kristen Pezone
Bingham McCutchen, LLP
1900 University Avenue
East Palo Alto, CA 94303
kristen.pezone@bingham.com

Carolyn Blecha Hall
BINGHAM MCCUTCHEN LLP
Three Embarcadero Center
Suite 1800
San Francisco, CA 94111-4067
carolyn.hall@bingham.com


[ ] by Facsimile, I caused said documents to be transmitted to the following parties by fax machine:

[ ] by U. S. Mail, I placed a true copy in a sealed envelope with postage fully prepaid in the United States Post Office Mail Box in San Francisco, California, addressed as follows:


I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on October 31, 2007 in San Francisco, California.

                                                RICHARD W. WIEKING
                                                Clerk
                                                by:    Timothy J. Smagacz

                                                ADR Administrative Assistant
                                                415-522-4205
                                                Tim_Smagacz@cand.uscourts.gov