UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*IT IS SO ORDERED*
*[signature] Judge James Ware*

Morrison

                Plaintiff(s),

CASE NO. 07-03156 JW

v.

Bimbo Bakeries USA, Inc.

STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS

                Defendant(s).

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
    Non-binding Arbitration (ADR L.R. 4)
✓   Early Neutral Evaluation (ENE)  (ADR L.R. 5)
    Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
    Private ADR (*please identify process and provider*) _____

The parties agree to hold the ADR session by:
    the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

✓   other requested deadline   ADR should be stayed pending consolidation with 05-00839.

Dated: 11/07/07                                  /s/ Wendy Lazerson
                                                   Attorney for Plaintiff

Dated: 11/07/07                                  /s/ Joseph Gigliotti
                                                   Attorney for Defendant

[~~PROPOSED~~] ORDER 

Pursuant to the Stipulation above, the captioned matter is hereby referred to:

    Early Neutral Evaluation (ENE)


    Deadline for ADR session
        STAYED pending further order of the Court.


IT IS SO ORDERED.

Dated: November 13, 2007　　　　　　　　　　　　_____
                                                UNITED STATES DISTRICT    JUDGE