**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**\*E-FILED\***

**CIVIL MINUTES**

**Judge: James Ware**
**Date:  11/19/2007**
**Case No: C-05-0829  JW**
           **Related Case: C-07-03156 JW**

**Courtroom Deputy: Elizabeth Garcia**
**Court Reporter: Not Reported**
**Interpreter: N/A**

**TITLE**

**Thomas Leonard v. Bimbo Bakeries**
**Morrison et al v. Bimbo Bakeries USA, Inc. et. al.**

**Attorney(s) for Plaintiff(s)**: Ira Spiro (Leonard); Michael Walsh (Morrison)
**Attorney(s) for Defendant(s)**: Carolyn Hall, Wendy Lazerson

**PROCEEDINGS**

**Further/Initial Case Management Conference as to BOTH cases**

**ORDER AFTER HEARING**

Case Management Conference held off record.   A related case order was previously issued.  As to both cases:

1.  Parties to file consolidated complaint by November 30, 2007
2.  Motion hearing set for January 28, 2008 at 9:00 AM regarding class notification and further scheduling of potential motion to de-certify class.


Elizabeth C. Garcia
Courtroom Deputy
Original: **E-Filed**
CC: