1  Spiro Moss Barness LLP
   Ira Spiro (SBN 67641)
2  ira@spiromoss.com
   11377 W. Olympic Blvd., 5th Floor
3  Los Angeles, CA 90064
   Telephone:   310-235-2468
4  Fax:         310-235-2456

5  Attorneys for Plaintiffs

6

7

**IT IS SO ORDERED**
*James Ware*
Judge James Ware

8                UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10                      SAN JOSE DIVISION

11

12  In re BIMBO BAKERIES FLSA ACTIONS

No. C 05 00829 JW (HRL)

[PROPOSED] ORDER REMOVING CASE FROM COURT'S EARLY NEUTRAL EVALUATION PROGRAM

Judge:    Hon. James Ware

17     Good cause appearing, IT IS HEREBY ORDERED that these consolidated actions are

18  removed from the Court's Early Neutral Evaluation program.

19

20  DATED: January 9, 2009

                                    _____
21                                  The Honorable James Ware
                                    United States District Judge